# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DAWN HAHN, : No. 703 MAL 2016
:
        Petitioner :
: Petition for Allowance of Appeal from
: the Order of the Superior Court
        v. :
:
:
CYNTHIA LOCH, L.P.N., LEHIGH :
VALLEY FAMILY PRACTICE :
ASSOCIATES, LLC AND LEROY HAHN, :
:
        Respondents :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 31st day of March, 2017, the Petition for Allowance of Appeal is **DENIED**.